## LYLE vs. WHITE.

## ERROR to Schuyler Circuit Court.

PER CURIAM.—This case comes within the principle decided at the present term in the case Rhodes vs. White.

Judgment affirmed.